R.R. v. NEW BRUNSWICK MUNICIPAL WELFARE DEPARTMENT.

W.T. v. NEW BRUNSWICK MUNICIPAL
WELFARE DEPARTMENT.

July 8, 1988.

Petition for certification denied.

IN THE MATTER OF PETITIONS FOR RULEMAKING,
N.J.A.C. 10:82–1.2 AND 10:85–4.1.

July 8, 1988.

Petition for certification granted.   (See 223 *N.J.Super.* 453)

STATE OF NEW JERSEY v. KENNETH L. DEKLE.

July 8, 1988.

Petition for certification denied.